**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-CR-04025-SRB |
| | ) | |
| BASIL JACOB KYLES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the issue of Defendant's competency to stand trial. The Court previously ordered a psychiatric evaluation of Defendant and held an evidentiary hearing on the matter of his competency. On October 23, 2026, Chief Magistrate Judge Willie J. Epps, Jr. issued a Report and Recommendation recommending that the Court find Defendant Basil Jacob Kyles competent to stand trial. (Doc. #34.) Judge Epps ordered that objections were due by November 6, 2026. Defendant filed no objections by that time.

"The district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." FED. R. CRIM. P. 59(b)(3). After an independent, de novo review of the applicable law and the parties' arguments, pursuant to 28 U.S.C. § 636(b)(1), the Court fully accepts the findings and recommendation made by Judge Epps.

Accordingly, the Court finds that Defendant Basil Jacob Kyles is competent to stand trial and able to assist in his own defense. It is therefore ORDERED that the Report and

Recommendation of Chief Magistrate Judge Willie J. Epps, Jr. (Doc. #34) is ADOPTED in full and attached to and made part of this Order.

**IT IS SO ORDERED**.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: November 9, 2026